1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10

| GERARDO HERNANDEZ, | ) No. 2:20-cv-02061-KJM-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; ORDER** |
| vs. | ) |
| WELCOME SACRAMENTO LLC dba COURTYARD BY MARRIOTT SACRAMENTO CAL-EXPO, et al., | ) |
| Defendants. | ) |

Plaintiff Gerardo Hernandez ("Plaintiff"), and Defendants, Welcome Sacramento LLC dba Courtyard by Marriott Sacramento Cal-Expo; and Hotel Circle GL, LLC ("Defendants," and together with Plaintiff, "the Parties"), the parties hereby stipulate as follows:

**WHEREAS,** a Status (Pretrial Scheduling) Conference in this matter is set for March 26, 2021 (Dkt. 11);

**WHEREAS,** Defendants' motion to dismiss complaint is set for hearing on March 26, 2021, but remains pending;

**WHERAS,** the matter is not yet at issue;

Page 1

**WHEREAS,** the Parties wish to conserve attorney's fees and the Court's resources by postponing preparation of the Rule 26 status report until the motion to dismiss is decided as the result of such motion will determine how the case proceeds;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, respectfully request a continuance of the Status (Pretrial Scheduling) Conference currently set for March 26, 2021 to a date at the Court's convenience on or after April 16, 2021.

Dated:  March 11, 2021                    MOORE LAW FIRM, P.C.

                                          /s/ Tanya E. Moore
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Gerardo Hernandez

Dated:  March 11, 2021                    STILLMAN & ASSOCIATES

                                          /s/ Philip H. Stillman
                                          Philip H. Stillman
                                          Attorneys for Defendants,
                                          Welcome Sacramento LLC dba Courtyard by
                                          Marriott Sacramento Cal-Expo; and
                                          Hotel Circle GL, LLC

## ORDER

The parties having so stipulated, ECF No. 14, and good cause appearing, the Status (Pretrial Scheduling) Conference currently set for March 26, 2021 is continued to May 20, 2021 at 2:30 p.m. in Courtroom 3, before the undersigned. The parties are to file their Joint Status Report no later than fourteen days prior to the conference.

**IT IS SO ORDERED**.

DATED:  March 16, 2021.

                                          CHIEF UNITED STATES DISTRICT JUDGE