Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WELCOME SACRAMENTO LLC dba COURTYARD BY MARRIOTT SACRAMENTO CAL-EXPO, et al.,<br><br>    Defendants. | No. 2:20-cv-02061-KJM-JDP<br><br>**STIPULATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER**<br><br>Date:        August 5, 2021<br>Time:       2:30 p.m.<br>Courtroom: 3<br><br>Chief District Judge Kimberly J. Mueller |

**WHEREAS,** a Status (Pretrial Scheduling) Conference (ECF Doc. No. 17) is currently scheduled in this matter for August 5, 2021 at 2:30 p.m.

**WHEREAS,** Plaintiff Gerardo Hernandez ("Plaintiff"), and Defendants, Welcome Sacramento LLC dba Courtyard by Marriott Sacramento Cal-Expo, and Hotel Circle GL, LLC ("Defendants," and together with Plaintiff, "the Parties"), are waiting the result of Defendants' pending motion to dismiss complaint (ECF Doc. No. 8), and desire to conserve attorney's fees which would be incurred attending the Status (Pretrial Scheduling) Conference while the motion is still pending, and to conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Status (Pretrial Scheduling) Conference currently set for August 5, 2021 to a date at the Court's convenience after the pending motion to dismiss complaint is decided.

Dated: July 12, 2021                               MOORE LAW FIRM, P.C.

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorney for Plaintiff,
                                                   Gerardo Hernandez

Dated: July 12, 2021                               STILLMAN & ASSOCIATES

                                                   */s/ Philip H. Stillman*
                                                   Philip H. Stillman
                                                   Attorneys for Defendants,
                                                   Welcome Sacramento LLC dba Courtyard
                                                   by Marriott Sacramento Cal-Expo, and
                                                   Hotel Circle GL, LLC

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference currently set for August 5, 2021 is continued to November 18, 2021. The parties must their Joint Status Report no later than fourteen days prior to the conference.

**IT IS SO ORDERED**.

DATED:   July 19, 2021.

                                                   CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER