Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELCOME SACRAMENTO LLC dba COURTYARD BY MARRIOTT SACRAMENTO CAL-EXPO, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-02061-KJM-JDP<br><br>**STIPULATION FOR MODIFICATION OF SCHEDULING ORDER; ORDER** |

**WHEREAS,** a Scheduling Conference was held in this matter on April 7, 2022, after which the court issued a Minute Order (Dkt. 31) which provided that all dispositive motions shall be heard by March 10, 2023;

**WHEREAS,** Plaintiff Gerardo Hernandez ("Plaintiff"), and Defendants, Welcome Sacramento LLC dba Courtyard by Marriott Sacramento Cal-Expo, and Hotel Circle GL, LLC ("Defendants," and together with Plaintiff, "the Parties"), have tentatively resolved Plaintiff's claims for injunctive relief and statutory damages, pending Defendants' final approval of the written terms of settlement;

STIPULATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER

Page 1

1  **WHEREAS**, the Parties are continuing settlement efforts in hopes of resolving Plaintiff's claims for attorney's fees and costs, and if those cannot be resolved informally, the Parties anticipate that Plaintiff will bring a motion for an award of reasonable fees and costs to be determined by the Court;

**WHEREAS**, the Parties would like to avoid incurring significant additional fees in preparation of dispositive motions which must be filed by February 3, 2023 to meet the hearing deadline set by the Court;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to modification of the scheduling order set by the Court, such that the deadline for hearing dispositive motions be continued to May 12, 2023.

**IT IS SO STIPULATED.**

Dated: February 1, 2023                             MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: February 1, 2023                             STILLMAN & ASSOCIATES

/s/ Philip H. Stillman
Philip H. Stillman
Attorneys for Defendants,
Welcome Sacramento LLC dba Courtyard by Marriott Sacramento Cal-Expo, and Hotel Circle GL, LLC

STIPULATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER

# ORDER

The parties having so stipulated and good cause appearing,

The scheduling order in this action is hereby modified such that the deadline for dispositive motions to be <u>heard</u> is continued to May 12, 2023.

**IT IS SO ORDERED**.

Dated: February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE