UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerardo Hernandez, | No. 2:20-cv-02061-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Welcome Sacramento LLC, et al., | |
| Defendants. | |

The court previously dismissed this action based on the parties' stipulation, and the court also directed plaintiff to file a motion for attorneys' fees no later than August 28, 2023, as the parties jointly proposed. *See* Stip., ECF No. 41; Min. Order, ECF No. 42. Plaintiff Gerardo Hernandez filed a motion for attorneys' fees on that day, giving notice of a hearing on October 13, 2023. Mot., ECF No. 43. Under the local rules, defendants' opposition was due September 11, 2023. *See* E.D. Cal. L.R. 230(c). Instead of filing an opposition, defendants filed an ex parte application requesting a fourteen-day extension of time. Ex Parte Appl., ECF No. 44. They argue good cause supports this request because their counsel was in trial in another case until August 30, 2023, was occupied by "supplemental discovery and depositions in another matter," and was attending his stepson's wedding. Mem. at 3, ECF No. 44-1. Defendants argue an extension would not cause unfair prejudice to plaintiff because his counsel will have time to file a reply before the October 13 hearing on the motion despite the two-week delay. *Id.* at 4. Plaintiff

1

disagrees. His counsel will be in trial in another matter beginning on September 26, 2023 and would be "unavailable to prepare the reply" if the court grants defendants' request. Opp'n at 2, ECF No. 45.

Defendants have not shown good cause for an extension of time. *See* Fed. R. Civ. P. 6(b). Defense counsel does not claim the trial, discovery, and wedding were unexpected or unplanned or prevented him from seeking an extension of time much sooner than he did. He waited until just before the deadline to make his request despite his previous agreement that a motion would be filed by August 28, 2023. His proposal also risks unfair prejudice to plaintiff. The ex parte application is **denied.**

However, in the interest of a just and efficient resolution of this matter, *see* Fed. R. Civ. P. 1, the court modifies the briefing schedule on its own motion:

- Defendants' opposition shall be filed by **September 29, 2023**.
- Plaintiff's reply, if any, shall be filed by **October 20, 2023**.
- After briefing is complete, the matter will be submitted without oral argument.

The motion hearing set for October 13, 2023, is hereby **vacated**.

This order resolves ECF No. 44.

IT IS SO ORDERED.

DATED: September 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE