UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerardo Hernandez, | No. 2:20-cv-02061-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Welcome Sacramento LLC, et al., | |
| Defendants. | |

Plaintiff Gerardo Hernandez requests that "Direct Legal" be appointed to serve a writ of execution issued in this matter. *See* Request, ECF No. 57; Writ of Execution Issued, ECF No. 56. Under the Federal Rules of Civil Procedure, "[t]he procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." Fed. R. Civ. P. 69(a). Under California law, "[a] registered process server may levy under a writ of execution" on specific types of property. Cal. Civ. Proc. Code § 699.080(a). "Registered process servers may be authorized and appointed under Rule 4.1 for this purpose." *First Midwest Equip. Fin. Co. v. Aero Transp., Inc.*, No. 18-00017, 2022 WL 2359284, at *1 (E.D. Cal. June 30, 2022).

Plaintiff states that "Direct Legal" is a "Process Server who is at least 18 years of age." Req. at 1. Plaintiff has neither asserted nor demonstrated that "Direct Legal" is a "registered

1

1  process server" within the meaning of section 699.080(a).  The request at ECF No. 57 is therefore
2  **denied**.
3     IT IS SO ORDERED.
4  DATED:  March 4, 2025.

_____
UNITED STATES DISTRICT JUDGE