Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue Suite 101
San Jose, California 95124
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>WELCOME SACRAMENTO LLC, et al.;<br><br>    Defendants. | No. 2:20-cv-02061-KJM-JDP<br><br>**ORDER PERMITTING SERVICE OF PROCESS OF WRIT OF EXECUTION BY REGISTERED PROCESS SERVER IN LIEU OF U.S. MARSHALS OFFICE** |

Having considered the request of Plaintiff Gerardo Hernandez, and good cause appearing, IT IS ORDERED that the writ of execution in this action may be served by any licensed and duly registered private process server of Direct Legal Support, Inc., in lieu of the U.S. Marshals Office. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED.

Dated: March 7, 2025.

_____
UNITED STATES DISTRICT JUDGE